CARLO SCHIRONE, as Receiver of the BANCA POPOLARE MONOPOLI, et al., Respondents, *v.* HOCHHEISER & WEISBERG, INC., Appellant. (Actions 1 and 2.)

(Argued December 5, 1933; decided January 9, 1934.)

*Stanley Garten* for appellant.

*Samuel F. Frank* and *Nathaniel S. Corwin* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.